# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SODERSTROM et al., | CASE NO. C18-1707MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SKAGIT VALLEY FOOD CO-OP et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

This matter comes before the Court on the Parties' Stipulation of Dismissal of Claims of Anne Keown with Prejudice (Dkt. No. 28.) In their stipulation, the Parties state that "in response to the [C]ourt's August 21, 2019 order, Plaintiff Keown is choosing to dismiss her claims in their entirety to fully preserve her privacy rights . . . ." (Id. at 2.) But the Court's August 21 order both required Plaintiff Keown to produce certain documents and found that Defendants were entitled to reasonable attorneys' fees to be paid by Plaintiffs' attorney, not Plaintiffs. (Dkt. No.

20.) Because the Parties' Stipulation contained no discussion of whether the Parties were also attempting to settle the sanction award against Plaintiffs' attorney, the Court lacks clarity into whether dismissal is appropriate. The Parties are directed to file an amended stipulation within five (5) days of this order that clarifies the status of the attorneys' fee award.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 4, 2019.

William M. McCool
Clerk of Court

s/Rhonda Miller
Deputy Clerk
