1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  NEIL SODERSTROM,                        CASE NO. C18-1707 MJP

11              Plaintiff,                  ORDER DISMISSING PLAINTIFF
                                            ANNE KEOWN WITH PREJUDICE
12       v.

13  SKAGIT VALLEY FOOD CO-OP et
    al.,
14
                Defendants.
15

16

17       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, based on the

18  stipulation of the parties, that all claims, causes of action, or alleged rights to recovery, direct or

19  derivative, that were brought or could have been brought by Plaintiff Anne Keown in connection

20  with the facts and allegations within Plaintiffs' Complaint are hereby dismissed WITH

21  PREJUDICE.

22  //

23  //

24  //

The clerk is ordered to provide copies of this order to all counsel.

Dated October 10, 2019.

Marsha J. Pechman
United States District Judge